PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DAVIS, Troy          Cr.: 05-00856-001
                                        PACTS Number: 38379

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 11/17/2009

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 12 months jail; 3 years supervised release; $339,190.96 restitution; $100 special assessment. Special conditions: 1) financial disclosure; 2) no new debt; and 3) DNA collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/25/2011

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (1 month WITH weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges without any home confinement requirement. You shall be excused from any subsistence obligation.

## CAUSE

On August 16, 2011, Davis was arrested by the New York Police Department and charged with possession of a forged instrument and larceny. According to investigative reports, the offender and a co-defendant (Kenneth Bernard) attempted to sell 100 counterfeit silver dollar coins to a Queens-based company in exchange for $1,800. Further, during the commission of this offense, he traveled out-of-state without Probation's permission.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 02/01/2012

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/6/12

Date